CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Leo James Brunori    QR0304
**Full Name of Plaintiff    Inmate Number**

v.

Donald J. Trump
**Name of Defendant 1**

_____
**Name of Defendant 2**

_____
**Name of Defendant 3**

_____
**Name of Defendant 4**

_____
**Name of Defendant 5**
(Print the names of all defendants.  If the names of all
 defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

Civil No. 3: 26 - CV - 1484

(to be filled in by the Clerk's Office)

( ) Demand for Jury Trial
(X) No Jury Trial Demand

FILED
SCRANTON
JUN 01 2026
PER_____
DEPUTY CLERK

I.    **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

___    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
       (1971) (federal defendants)

X    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
       United States

II.    **ADDRESSES AND INFORMATION**

A.    **PLAINTIFF**

___BRUNORI, Leo J.___
Name (Last, First, MI)

___QP0304___
Inmate Number

___S.C.I. WAYMART___
Place of Confinement

___11 FAIRVIEW DR.___
Address

___WAYMART, PA 18472___
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

_X_    Convicted and sentenced state prisoner

___    Convicted and sentenced federal prisoner

B.    **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

___Trump, Donald___
Name (Last, First)

___President of the United States of America___
Current Job Title

___1600 Pennsylvania Ave.___
Current Work Address

___Washington D.C.   20001___
City, County, State, Zip Code

## III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

Washington D.C.

B.    On what date did the events giving rise to your claim(s) occur?

January and February of 2025

C.    What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

I am in Prison on an illegal sentence and my due process was violated.

page 5 (legal claim(s))                    Leo James Brunori, #QR0304

1. Other than negligence, the 5th and 14th Amendment claim from the defendant Avenging his predecessor on January 6, 2021 by intentionally initiating and taunting his social media followers across America to storm the capital and by introducing violent people, and criminal acts onto hundreds of millions of people, and especially our children who had watched; and now, some of them children think it is okay, because the President of the United States of America, neglected the action(s) of those followers in his own very way, basically saying it's okay of their "Infamous Crimes", instead of diligently stopping them, or telling them to stop.

2.     As to my claim(s);

A) The defendant was inaugurated on January 20, 2025 for his 2nd term as President.

B) Pursuant to 8(e)(2) - facts that shortly after he was inaugurated (Approx. Jan & Feb) the defendant abused his power by pardoning hundreds of; if not thousands of violent people who stormed the capital on Jan. 6, 2021 as to where some of the charges were very serious, like murder down to simple assaults, as to where originally it was only suppose to be a peaceful protest.

(i) Presently; there are hundreds of thousands of people across the nation sitting in prisons for non-violent offenses who's cases should be Re-reviewed and Pardoned as it would only be fair and equal treatment as the Jan. 6, 2025 violent criminals had received in 2025; especially the inmates in the state of Pennsylvania, were Trump said PA needs a fence around it, well, here is a way to stop it.

C.) I am currently in the PA D.O.C., wrongly convicted of DUI's with Illegal sentences that should be overturned; or be Pardoned by our Great President! Donald Trump is really great, but things need to be changed to keep America great and without

P. 5

Page 5 (Legal claim(s))    Continued.

taking this suit personal; and for as much as he's been indicted; then hopefully I pray that he will agree with me and make these changes happen. I pray he agrees that our Judicial System is severely broken and corrupt, and it must be carefully addressed to those facts; and that it starts with law enforcement; and then up to the Judges, etc. If our law enforcement officers were trained and schooled from the very start with knowledge of All federal and state Rules & Proceedures of the laws, and not just a few like today. They lack schooling & training. He should make it mandatory to all federal & state law enforcement; mostly local police officers who lack due diligence, which too many cases end up in appeals courts because of prosecutorial misapplications or misconduct and flooding the system. For example: Review my case #CR-233-2024 (Wayne County, PA); A trooper illegally arrested me while me and the vehicle were on private property without a legal warrant or probable cause. Look at the MVR video; I told him I would give blood if h obtained a legal warrant, but he refused to get one out of his negligence and laziness.

(i) Unfortunetly, every case that is non-violent needs to be Re-reviewed and examined by the local District Attorney Offices across America and then pardon or re-sentence these non violent people or place them into outside treatment instead of keeping them locked up.

(D) My claims are factual and meritorious and need to be addressed A.S.A.P, and these changes need to be done carefully and professionally. I am seeking relief for $15 Billion without retaliation so he doesn't take these issues jokingly, and he needs to stop federal, state, and local corruption all across America. It's a very serious problem in our nation, and he is waisting taxpayer money on stupid shit; instead of diligently fixing the problems right in front of him. Protect our land, our people, and especially our children.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

See Additional page attached

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I am incarcerated from a corrupt county from an illegal sentence

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

See Additional page attached as page 5

**VII.    SIGNATURE**

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

5-25-26

Date

**Smart Communications/PADOC**

SCI- Waymart

Name Leo James Brunori

Number QR0304

P.O. Box 33028

St Petersburg FL 33733

INMATE MAIL
PA DEPT. OF
CORRECTIONS



HARRISBURG PA
28 MAY 2026PM

quadient

FIRST-CLASS MAIL
IMI

$001.03

05/27/2026  ZIP 18472
043M33205351

US POSTAGE

U.S. District Court
Peter Welsh
235 N. Washington Ave
Scranton, PA 18501

RECEIVED
SCRANTON

JUN 01 2026

PER _____
DEPUTY CLERK

18501-500199